IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA KNUDSEN, | No. C 12-01944 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SF CITY & COUNTY, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 2, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: May 10, 2013 .

DESIGNATION OF EXPERTS: 5/24/13; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 6/7/13 .

DISPOSITIVE MOTIONS **SHALL** be filed by June 14, 2013;

    Opp. Due June 28, 2013;  Reply Due July 5, 2013;

    and set for hearing no later than July 19, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 3, 2013 at 3:30 PM.

JURY TRIAL DATE: September 16, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/8/12

_____
SUSAN ILLSTON
United States District Judge