# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** March 27, 2013  **Time:** 28 minutes  **Judge:** Jon S. Tigar
**Case No.:** 12-cv-02619-JST  **Case Name:** CSR Technology, Inc. v. Freescale Semiconductor, Inc.

**Attorney for Plaintiff:** Michael G. Schwartz; Summer Krause
**Attorney for Defendant:** David Witcoff

**Deputy Clerk:** William Noble  **Court Reporter:** Not reported

## PROCEEDINGS

Initial case management conference.  Held.

Court set the following schedule:

| | |
|---|---|
| Tutorial: | September 17, 2013 at 2:00 p.m. |
| Markman hearing: | October 1, 2013 at 2:00 p.m. |