1  Dennis J. Herrera (SBN: 139669)
   City Attorney
2  Elizabeth Salveson (SBN: 83788)
   Chief Labor Attorney
3  Lisa B. Berkowitz (SBN 167657)
   Deputy City Attorney
4  1390 Market Street, 5th Floor
   San Francisco, CA 94102
5  Telephone: 415-554-3825
   Facsimile: 415-554-4248
6  lisa.berkowitz@sfgov.org

7  Arthur A. Hartinger (SBN: 121521)
   ahartinger@meyersnave.com
8  Samantha W. Zutler (SBN 238514)
   szutler@meyersnave.com
9  MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market Street, Suite 2080
10 San Francisco, CA 94105
   Telephone: (415) 421-3711
11 Facsimile: (415) 421-3767

12
   Attorneys for Defendants City and County
13 of San Francisco, John Martin and Blake
   Summers

Dated:  October 4, 2013

**APPROVED**

Judge Jon S. Tigar

14            UNITED STATES DISTRICT COURT

15   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16 SONYA KNUDSEN,                          Case No. CV 12 1944 JST

17            Plaintiff,

18       v.                               **STIPULATION TO EXTEND DEADLINE
                                          FOR DEFENDANTS TO MOVE TO
19 CITY AND COUNTY OF SAN                 COMPEL DISCOVERY RESPONSES
   FRANCISCO, SAN FRANCISCO               AND FOR MOTION TO BE HEARD ON
20 INTERNATIONAL AIRPORT, JOHN            SHORTENED TIME**
   MARTIN, BLAKE SUMMERS AND DOES
21 1 THROUGH 25, INCLUSIVE,               Trial Date:      March 3, 2014

22            Defendants.

23

24

25

26     WHEREAS, Defendants served discovery requests on August 28; and

27     WHEREAS, Plaintiff served responses on September 30; and

28     WHEREAS, Defendants believe Plaintiff's responses are insufficient and include improper

                                          1                          CV 12 1944 SI

1  objections; and

2         WHEREAS, the parties are in the process of meeting and conferring about Plaintiff's

3  responses; and

4         WHEREAS, Plaintiff has agreed to serve supplemental responses by October 4, 2013; and

5         WHEREAS, the deadline to file dispositive motions is October 31, 2013; and

6         WHEREAS, the parties wish to continue to meet and confer in hopes of resolving this

7  issue without Court intervention;

8         The parties hereby stipulate as follows:

9    1.  The deadline for Defendants to move to compel additional discovery responses will be

10        extended to October 11, 2013;

11   2.  If Defendants move to compel, Plaintiff will not oppose Defendants' request to shorten

12        time, such that the motion will be heard at least one week prior to October 24, 2013.

13

14  DATED:  October 4, 2013            MEYERS, NAVE, RIBACK, SILVER & WILSON

15

16

17                                      By: _____
                                        Samantha W. Zutler
18                                      Attorneys for Defendant City and County of San
                                        Francisco, John Martin, and Blake Summers
19

20  DATED:  October 4, 2013            SCOTT LAW FIRM

21

22

23                                      By: _____
                                        John Houston Scott
24                                      Attorneys for Plaintiff Sonya Knudsen

25

26

27

28

STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO MOVE TO COMPEL DISCOVERY
RESPONSES AND FOR MOTION TO BE HEARD ON SHORTENED TIME