Dennis J. Herrera (SBN: 139669)
City Attorney
Elizabeth Salveson (SBN: 83788)
Chief Labor Attorney
Lisa B. Berkowitz (SBN 167657)
Deputy City Attorney
1390 Market Street, 5th Floor
San Francisco, CA 94102
Telephone: 415-554-3825
Facsimile: 415-554-4248
lisa.berkowitz@sfgov.org

Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
Samantha W. Zutler (SBN 238514)
szutler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2080
San Francisco, CA 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Attorneys for Defendants City and County
of San Francisco, John Martin and Blake
Summers

APPROVED
Judge Jon S. Tigar

Dated: October 4, 2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA KNUDSEN,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO INTERNATIONAL AIRPORT, JOHN MARTIN, BLAKE SUMMERS AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. CV 12 1944 JST<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO MOVE TO COMPEL DISCOVERY RESPONSES AND FOR MOTION TO BE HEARD ON SHORTENED TIME**<br><br>Trial Date:   March 3, 2014 |

WHEREAS, Defendants served discovery requests on August 28; and

WHEREAS, Plaintiff served responses on September 30; and

WHEREAS, Defendants believe Plaintiff's responses are insufficient and include improper

1 | objections; and

2 | WHEREAS, the parties are in the process of meeting and conferring about Plaintiff's
3 | responses; and

4 | WHEREAS, Plaintiff has agreed to serve supplemental responses by October 4, 2013; and

5 | WHEREAS, the deadline to file dispositive motions is October 31, 2013; and

6 | WHEREAS, the parties wish to continue to meet and confer in hopes of resolving this
7 | issue without Court intervention;

8 | The parties hereby stipulate as follows:

9 | 1. The deadline for Defendants to move to compel additional discovery responses will be
10 | extended to October 11, 2013;

11 | 2. If Defendants move to compel, Plaintiff will not oppose Defendants' request to shorten
12 | time, such that the motion will be heard at least one week prior to October 24, 2013.

14 | DATED: October 4, 2013         MEYERS, NAVE, RIBACK, SILVER & WILSON

16 | By: _____
17 | Samantha W. Zutler
     Attorneys for Defendant City and County of San
18 | Francisco, John Martin, and Blake Summers

20 | DATED: October 4, 2013         SCOTT LAW FIRM

23 | By: _____
     John Houston Scott
24 | Attorneys for Plaintiff Sonya Knudsen