UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA KNUDSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 12-cv-01944-JST<br><br>ORDER VACATING HEARINGS; DENYING MOTION TO SHORTEN TIME<br><br>Re: ECF No. 61, 63, 82, 83 |

Four motions are pending in this action for employment discrimination. Defendants' motions for summary judgment and for leave to amend the answer are scheduled for a hearing on December 5, 2013. ECF Nos. 61, 63. Plaintiff Knudsen's motion for sanctions is scheduled for a hearing on January 16, 2014. ECF No. 82. Knudsen also has filed an administrative motion to shorten time with respect to her motion for sanctions so that it will be heard on December 5, 2013. ECF No. 83. Alternatively, Knudsen moves to continue the hearing on Defendants' motion for summary judgment so that it will be heard on January 16, 2014.

Given that the remedies Knudsen seeks in her motion for sanctions include striking the motion for summary judgment, the hearing on the motion for summary judgment is temporarily VACATED pending the resolution of the motion for sanctions. The hearing on the motion for leave to amend the answer also is VACATED, as the motion is suitable for determination without oral argument. See Civil L.R. 7-1(b). The motion for sanctions will be heard on January 16, 2014.

**IT IS SO ORDERED.**

Dated: November 29, 2013

                                                      JON S. TIGAR<br>
                                               United States District Judge