John Houston Scott,   SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel:  (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
SONYA KNUDSEN

Dennis J. Herrera (SBN: 139669)
City Attorney
Elizabeth Salveson (SBN: 83788)
Chief Labor Attorney
Lisa B. Berkowitz (SBN: 167657)
Deputy City Attorney
1390 Market Street, 5th Floor
San Francisco, CA 94102
Telephone: 415-554-3825
Facsimile: 415-554-4248
lisa.berkowitz@sfgov.org

Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
Samantha W. Zutler (SBN: 238514)
szutler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2080
San Francisco, CA 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Attorneys for Defendants City and County
of San Francisco, John Martin and Blake Summers

EXEMPT FROM FILING FEES
GOV'T CODE § 6103

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONYA KNUDSEN<br><br>        Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO INTERNATIONAL AIRPORT, JOHN MARTIN, BLAKE SUMMERS, and  DOES 1-25, inclusive,<br><br>        Defendants. | Case No.:  CV 12-1944 JST<br><br>**STIPULATION AND ORDER RE: DISCOVERY** |

## STIPULATION

This stipulation and order relates to this Court's Order of December 2, 2013, granting defendants' motion for leave to amend their answer (document no. 86). Plaintiff Sonya Knudsen and Defendants City and County of San Francisco ("City"), John Martin and Blake Summers hereby enter into the following Stipulation regarding discovery that plaintiff may take in connection with the new defenses and proposed deadline for completion of such discovery.

1. Defendants' after acquired evidence defense is based solely on Plaintiff's deposition testimony and later admission that, while on leave for medical appointments, she may not have attended medical appointments. (Plaintiff's Deposition at 174:10-175:3; Plaintiff's Supplemental Response to Request for Admission No. 7.) Plaintiff agrees that all additional discovery as to the after acquired evidence defense will be limited to these facts.
2. Plaintiff will have until December 23, 2013 to serve written discovery to determine with more specificity what facts, documents and witnesses support each of the affirmative defenses added in defendant's amended answer;
3. Once responsive answers have been provided the plaintiff will then have an opportunity to conduct further discovery, including depositions, limited to the affirmative defenses added in the amended answer;
4. All discovery will completed by February 17, 2014; and
5. The defendants reserve all rights under Federal Rules of Civil Procedure as to the appropriateness of the additional discovery.

**DATED:** December 16, 2013      **SCOTT LAW FIRM**

By: /s/ John Houston Scott
JOHN HOUSTON SCOTT
Attorney for Plaintiff

**DATED:** December __, 2013      **MEYERS NAVE RIBACK SILVER & WILSON**

By: /s/ Samantha W. Zutler
SAMANTHA W. ZUTLER
Attorney for Defendants

- 2 -
STIPULATION AND ORDER RE: DISCOVERY

## **ORDER**

IT IS SO ORDERED.

Dated: December 17, 2013

_____
JON S. TIGAR
United States District Judge

- 3 -
STIPULATION AND ORDER RE: DISCOVERY