Dennis J. Herrera (SBN: 139669)
City Attorney
Elizabeth Salveson (SBN: 83788)
Chief Labor Attorney
Lisa B. Berkowitz (SBN: 167657)
Deputy City Attorney
1390 Market Street, 5th Floor
San Francisco, CA 94102
Telephone: 415-554-3825
Facsimile: 415-554-4248
lisa.berkowitz@sfgov.org

Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
Linda M. Ross (SBN: 133874)
lross@meyersnave.com
Samantha W. Zutler (SBN: 238514)
szutler@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2080
San Francisco, CA 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Attorneys for Defendants City and County
of San Francisco, John Martin and Blake
Summers

EXEMPT FROM FILING FEES
GOV'T CODE § 6103

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA KNUDSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO INTERNATIONAL AIRPORT, JOHN MARTIN, BLAKE SUMMERS AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>　　　　Defendants. | Case No. CV 12 1944 JST<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF DATE FOR ALL DISCOVERY IN LIGHT OF COURT'S ORDER GRANTING PLAINTIFF NINETY ADDITIONAL DAYS TO TAKE DISCOVERY**<br><br>Trial Date:　　Not Set |

CV 12 1944 SI

**STIPULATION AND ORDER RE: DISCOVERY**

# STIPULATION

This stipulation and order relates to this Court's Order of December 2, 2013, granting defendants' motion for leave to amend their answer (document no. 86), and this Court's Order of January 16, 2014, granting plaintiff an additional ninety (90) days to take discovery.

Plaintiff Sonya Knudsen and Defendants City and County of San Francisco, John Martin and Blake Summers ("Defendants') previously entered into a Stipulation, signed by the Court on December 17, 2013, in connection with discovery on Defendants' new affirmative defenses that established a discovery cutoff date of February 17, 2014. Given that this Court's Order dated January 16, 2014, vacated the trial date and granted Plaintiff an additional ninety (90) days to conduct discovery, the parties wish to revise the previous stipulation to read as follows:

1. Defendants' after acquired evidence defense is based solely on Plaintiffs deposition testimony and later admission that, while on leave for medical appointments, she may not have attended medical appointments. (Plaintiff s Deposition at 174: 1 0-175:3; Plaintiff s Supplemental Response to Request for Admission No. 7.) Plaintiff agrees that all additional discovery as to the after acquired evidence defense will be limited to these facts.

2. Plaintiff has served written discovery to determine with more specificity what facts, documents and witnesses support each of the affirmative defenses added in defendant's amended answer, and Defendants have responded;

3. The parties previously agreed that Plaintiff would have an opportunity to conduct further discovery, including depositions, limited to the affirmative defenses added in the amended answer;

4. As stated above, the parties previously agreed in a signed stipulation, approved by the Court, to a discovery cutoff of February 17, 2014 for discovery related to the affirmative defenses. Given that the trial date has been continued, and the Court has granted plaintiff 90 days from the date of the Court's January 16, 2014, order to take additional discovery, the parties agree that all discovery, including discovery concerning of defendants' affirmative defenses, will be completed by the end of the 90 day period, which is April 15, 2014.

5. The defendants reserve all rights under Federal Rules of Civil Procedure as to the appropriateness of the additional discovery.

CV 12 1944 SI

**STIPULATION AND ORDER RE: DISCOVERY**

| | | |
|---|---|---|
| **DATED:** February 3, 2014 | | **Meyers Nave Riback Silver & Wilson** |
| | By: | /s/ Arthur A. Hartinger |
| | | ARTHUR A. HARTINGER |
| | | Attorney for Defendants |

**DATED:** February 3, 2014     **Scott Law Firm**

By:     /s/ John H. Scott *w/permission
         JOHN HOUSTON SCOTT
         Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: February 4, 2014

2231883.1

IT IS SO ORDERED

Judge Jon S. Tigar

2                                                          CV 12 1944 SI