| | |
|---|---|
| 1  Dennis J. Herrera (SBN: 139669)<br>   City Attorney<br>2  Elizabeth Salveson (SBN: 83788)<br>   Chief Labor Attorney<br>3  Lisa B. Berkowitz (SBN 167657)<br>   Deputy City Attorney<br>4  1390 Market Street, 5th Floor<br>   San Francisco, CA 94102<br>5  Telephone: 415-554-3825<br>   Facsimile: 415-554-4248<br>6  lisa.berkowitz@sfgov.org | **FILED**<br><br>MAR 0 5 2014<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>EXEMPT FROM FILING FEES<br>GOV'T CODE § 6103 |

7  Arthur A. Hartinger (SBN: 121521)
   ahartinger@meyersnave.com
8  Samantha W. Zutler (SBN 238514)
   szutler@meyersnave.com
9  MEYERS, NAVE, RIBACK, SILVER & WILSON
   575 Market Street, Suite 2080
10 San Francisco, CA 94105
   Telephone: (415) 421-3711
11 Facsimile: (415) 421-3767

12
   Attorneys for Defendants City and County
13 of San Francisco, John Martin and Blake
   Summers

14
### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA KNUDSEN,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO INTERNATIONAL AIRPORT, JOHN MARTIN, BLAKE SUMMERS AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. CV 12 1944 JST<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DATES FOR SUMMARY JUDGMENT MOTION, PRETRIAL AND TRIAL |

WHEREAS, pursuant to the Court's order dated January 27, 2014, that the parties meet and confer on new dates for Plaintiff's opposition to Defendants' Motion For Summary Judgment, Defendants' reply, the Pretrial Conference and Trial, the parties agree to the following dates, subject to the approval of the Court:

1. The Plaintiff's opposition to Defendants' motion for summary judgment (which is already on file) will be filed and served on September 11, 2014;

2.. The Defendants' reply will be filed and served on October 9, 2014;

3. The hearing on the motion for summary judgment shall be held on October 30, 2014, ~~2041,~~ at 2:00 p.m

4. The pretrial conference currently scheduled for December 19, 2014 shall be reset and shall occur on February 6, 2015;

5. The trial currently scheduled for January 12, 2015, shall be reset and shall commence on February 23, 2015.

DATED: February 27, 2014            **Meyers Nave Riback Silver & Wilson**

                                    By:   /s/ Linda M. Ross
                                          Linda M. Ross
                                          Attorney for Defendants

DATED: February 27, 2014            **Scott Law Firm**

                                    By:   /s/ John Houston Scott
                                          JOHN HOUSTON SCOTT
                                          Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated  3/5/14 , 2014

                                    _____
                                    JON S. TIGAR
                                    United States District Judge

2245185.1