Dennis J. Herrera (SBN: 139669)
City Attorney
Elizabeth Salveson (SBN: 83788)
Chief Labor Attorney
Lisa B. Berkowitz (SBN: 167657)
Deputy City Attorney
1390 Market Street, 5th Floor
San Francisco, CA 94102
Telephone: 415-554-3825
Facsimile: 415-554-4248
lisa.berkowitz@sfgov.org

Arthur A. Hartinger (SBN: 121521)
ahartinger@meyersnave.com
Linda M. Ross (SBN: 133874)
lross@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
575 Market Street, Suite 2080
San Francisco, CA 94105
Telephone: (415) 421-3711
Facsimile: (415) 421-3767

Attorneys for Defendants City and County
of San Francisco, John Martin and Blake
Summers

**FILED**

MAR 1 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EXEMPT FROM FILING FEES
GOV'T CODE § 6103

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SONYA KNUDSEN,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO INTERNATIONAL AIRPORT, JOHN MARTIN, BLAKE SUMMERS AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. CV 12 1944 JST<br><br>[~~PROPOSED~~] STIPULATION AND ORDER EXTENDING DISCOVERY CUTOFF DATES IN LIGHT OF MEDIATION, AND SETTING DATES FOR SUMMARY JUDGMENT MOTION, PRETRIAL AND TRIAL |

CV 12 1944 SI

STIPULATION AND ORDER RE: PRETRIAL AND TRIAL DATES

1    WHEREAS, on February 4, 2014, this Court signed a stipulation and order extending the
2 discovery cutoff date in this case to April 15, 2014; and

3    WHEREAS, since that date, the parties have agreed to enter into a mediation of this case to
4 be conducted in or around April 2014 (exact date is pending) and wish to avoid the expense of
5 discovery in the event that the parties are able to reach a mutually agreeable settlement of the case;
6 and

7    WHEREAS, trial in this case is set for 2015, giving the parties and the Court adequate time
8 to prepare in the event this case is not settled.

9    WHEREAS, the parties propose to extend the discovery cutoff date to August 15, 2014, in
10 order to avoid further cost while the parties seek a mediated settlement.

11    WHEREAS, the parties wish to have one stipulation that includes all pretrial and trial dates
12 and thus include in this stipulation dates for pretrial motions and trial. This proposed stipulation
13 replaces the stipulation submitted to the Court on February 27, 2014, (signed by the Court on
14 March 5, 2014) and includes a new date for the trial.

**STIPULATION**

16    For the above reasons, the parties hereby agree to the following dates:

17    1.    The discovery deadline in this case shall be extended from April 15, 2014 to
18 August 15, 2014.

19    1.    The Plaintiff's opposition to Defendants' motion for summary judgment (which is
20 already on file) will be filed and served on September 11, 2014;

21    2..    The Defendants' reply will be filed and served on October 9, 2014;

22    3.    The hearing on the motion for summary judgment shall be held on October 30,
23 2014, at 2:00 p.m

24    4.    The pretrial conference shall occur on February 6, 2015;

25    5.    The trial currently scheduled for February 23, 2015, shall be reset and shall
26 commence on March 16, 2015.

CV 12 1944 SI

**STIPULATION AND ORDER RE: PRETRIAL AND TRIAL DATES**

| | |
|---|---|
| DATED: March __, 2014 | **Meyers Nave Riback Silver & Wilson** |
| | By: /s/ Arthur A. Hartinger |
| | ARTHUR A. HARTINGER |
| | Attorney for Defendants |
| | |
| DATED: March __, 2014 | **Scott Law Firm** |
| | By: /s/ John H. Scott *w/permission |
| | JOHN HOUSTON SCOTT |
| | Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated: March **11**, 2014

JON S. TIGAR
United States District Judge

2249894.1