United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA KNUDSEN,<br><br>      Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>      Defendants. | Case No. 12-cv-01944-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 105 |

The parties stated on the record on May 8, 2014, that they have settled this action. See ECF No. 105. Accordingly, all deadlines and hearings in this case are VACATED. By August 11, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on August 20, 2014, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 12, 2014

                                                                      JON S. TIGAR
                                                           United States District Judge