John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff, SONYA KNUDSEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA KNUDSEN,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO INTERNATIONAL AIRPORT, JOHN MARTIN, BLAKE SUMMERS, and DOES 1-25,<br><br>      Defendants. | Case No.: CV 12-1944 JST<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER RE VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Settlement Agreement and Mutual Release executed by and between the parties identified herein, the undersigned, counsel of record for plaintiff SONYA KNUDSEN, and defendants JOHN MARTIN, BLAKE SUMMERS, and the CITY AND COUNTY OF SAN FRANCISCO, respectively, do hereby agree and stipulate that the above-captioned case be dismissed, in its entirety and with prejudice, as to all defendants.  Each party shall bear their own attorneys' fees and costs.

- 1 -

**IT IS SO STIPULATED.**

Dated**:** August 14, 2014

**SCOTT LAW FIRM**

By: /s/ John Houston Scott
JOHN HOUSTON SCOTT
Attorney for Plaintiff

Dated**:** August 14, 2014

**MEYERS NAVE RIBACK SILVER & WILSON**

By: /s/ Linda Ross
LINDA ROSS
Attorney for Defendants

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

- 2 -

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER RE
VOLUNTARY DISMISSAL WITH PREJUDICE

# [PROPOSED] ORDER

Pursuant to the parties' STIPULATION OF DISMISSAL set forth above, the Court hereby orders that:

1. The above-captioned case be dismissed, in its entirety and with prejudice.
2. Each party shall bear their own attorneys' fees and costs.

Dated:  August 15, 2014 	 _____
THE HONORABLE JON S. TIGAR
United States District Court Judge

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109